# Exhibit A

SHERRIS LEGAL, P.A.

Jim Sherris
Mary Sherris

121 S. Orange Avenue
Suite 1500
Orlando, Florida 32801

Tel: 407.999.9955
Fax: 407.999.9495
www.SherrisLegal.com

Wrongful Death
Products Liability
Auto Accident
Motorcycle Accident
Trucking Accident
Personal Injury
Medical Malpractice
Wills & Trusts
Slip and Fall
Insurance Claims
Dog Bite
Bankruptcy
Immigration Law
Family Law
Social Security Disability

October 28, 2024

**Certified Mail#7019 1640 0001 2848 4849**
State of Florida, Dept. of Financial Services
Risk Management Division
Larson Building, Room 439
200 East Gaines Street
Tallahassee, FL 32399-0338

**Certified Mail#7019 1640 0001 2848 4856**
Jacksonville Sheriff's Office
501 E. Bay Street
Jacksonville, FL 32202

**Certified Mail#7019 1640 0001 2848 4863**
Jacksonville Risk Management
231 E. Forsyth Street, Suite 470
Jacksonville, FL 32202

Re: Our Client: [redacted]
Date of Accident: 9/4/2024
Date of Birth: [redacted]

**FLORIDA STAT.8768.28(6) NOTICE OF PRESENTING CLAIM**

Dear Sir or Madam:

This letter shall constitute formal notice pursuant to Florida Statutes, §768.28(6)(a), that our client hereby claims damages against as a result of injuries received on the above date, to wit: during a traffic stop in the early morning hours with Jacksonville Sheriff's Deputy Reginald Mckinney, she was sexually battered and falsely imprisoned by him.

The above named client has had no adjudicated penalties, fines, fees, victim restitution fund debts or other judgments in excess of two hundred dollars, whether imposed by a civil, criminal, or administrative tribunal owed by the client to the state, its agency, officer or subdivision.

As a result of the foregoing, our client sustained injuries. Our client's treatment is on-going. We will keep you advised of treatment and forward copies of medical bills and reports to you upon receipt.

Demand is hereby made for damages in the amount of your statutory limit. Until our client's condition reaches a degree of maximum medical improvement, we will not be able to determine the total amount of damages. In the meantime, please acknowledge this claim.

Thank you for your anticipated cooperation and your prompt attention to this request. If you have any questions, please do not hesitate to contact me.

Sincerely,

**/s/ *Mary Sherris***

Mary Sherris, Esq.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jacksonville Sheriff
501 E. Bay Street
Jacksonville, FL 32202

9590 9402 5655 9308 7985 00

2. Article Number (Transfer from service label)

7019 1640 0001 2848 4856

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
7/1/21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

State of FL Dept of Financial Svc
Risk Management Division
Larson Bldg.
200 E. Gaines Street, Rm 439
Tallahassee, FL 32399

9590 9402 5655 9308 7985 17

2. Article Number (Transfer from service label)

7019 1640 0001 2848 4849

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jacksonville Risk Management
231 E. Forsyth Street
Suite 470
Jacksonville FL 32202

9590 9402 5655 9308 7984 94

2. Article Number (Transfer from service label)

7019 1640 0001 2848 4863

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X DUVAL COUNTY TAX COLLECTOR ☐ Agent ☐ Addressee

B. Received by (Printed Name)
DUVAL COUNTY TAX COLLECTOR

C. Date of Delivery
11/5/24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

JACKSONVILLE FL 320
4 NOV 2024 PM 1 L

9590 9402 5655 9308 7985 00

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

**SHERRIS LEGAL, P.A.**
121 South Orange Avenue
Suite 1500
Orlando, Florida 32801

Thomas Shylendrie

USPS TRACKING #

9590 9402 5655 9308 7985 17

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

**SHERRIS LEGAL, P.A.**
121 South Orange Avenue
Suite 1500
Orlando, Florida 32801

Thomas Shylendrie

USPS TRACKING #

JACKSONVILLE FL 320
5 NOV 2024 PM 4 L

9590 9402 5655 9308 7984 94

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

**SHERRIS LEGAL, P.A.**
121 South Orange Avenue
Suite 1500
Orlando, Florida 32801

Thomas Shylendrie