**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>REGINALD MCKINNEY, Individually,<br>T.K. WATERS in his official capacity as<br>Sheriff of Jacksonville, and<br>the CITY OF JACKSONVILLE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:26-CV-2311<br><br>Jury Trial Demanded |

---

**PLAINTIFF'S UNOPPPOSED MOTION FOR**
**LEAVE TO FILE FIRST AMENDED COMPLAINT**

NOW COMES Plaintiff JANE DOE ("PLAINTIFF"), by and through her undersigned counsel, and respectfully requests leave to file her First Amended Complaint. In support of, Plaintiff states as follows:

1. Plaintiff commenced this action on September 2, 2026, when she filed the operative Complaint and Summons for service for all Defendants. (Dkt. 1; 1-3; 1-4; 1-5.)

2. Counsel for T.K. Waters and the City of Jacksonville subsequently filed their appearances. On September 29, 2026, Defendants Waters and the City of Jacksonville filed a Motion to Dismiss. (Dkt. 14.)

3. Plaintiff's counsel seeks leave to file her First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2), which provides that courts should give freely when justice so requires.

4. A memorandum of law in support of this Motion is being filed simultaneously herewith.

5. Plaintiff's counsel has conferred with Defendants counsel and they have no objection to Plaintiff's request.

WHEREFORE, the Plaintiff requests leave to file her First Amended Complaint, *instanter*.

Dated: October 2, 2026

Respectfully submitted,

*/s/ Mary Sherris*
One of the Attorneys for Plaintiff

*/s/ Allyson L. West*
One of the Attorneys for Plaintiff

Mary Sherris, Esq
Florida Bar No. 0138134
SHERRIS LEGAL, P.A.
121 South Orange Avenue, Suite 1500
Orlando, FL 32801
Phone: (407) 999-9955
Fax: (407) 999-9495
E-mail: service@sherrislegal.com
msherris@sherrislegal.com

Kelly M. Olivier
Allyson L. West
Jaclyn Fortini
Hale Law LLC (f/k/a Hale & Monico LLC)
Themis: Trial by Women of Hale Law LLC
53 W. Jackson Blvd., Suite 334
Chicago, IL 60654
(312) 564-4924
kolivier@halemonico.com
awest@halemonico.com
jacifortini@ahalelaw.com

**CERTIFICATE OF SERVICE**

I, Allyson L. West, an attorney, herby certify that on October 2, 2026, I filed the foregoing, PLAINTIFF'S UNOPPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, with the Clerk of the Court using Court's electronic filing system. As a result, copies of the filed document were electronically served upon all counsel of record.

*/s/ Allyson L. West*