UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JANE DOE,
Plaintiff,

v. CASE NO: 3:26-cv-02311-WWB-LLL

REGINALD MCKINNEY, Individually,
T.K. WATERS in his official capacity as
Sheriff of Jacksonville, and the
CITY OF JACKSONVILLE,

Defendants.
____________________________________/

**DEFENDANTS WATERS AND CITY OF JACKSONVILLE'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO PROCEED PSEUDONYMOUSLY**

Defendants T.K. Waters, in his official capacity as Sheriff of Jacksonville, and the City of Jacksonville respond to Plaintiff's Motion for Leave to Proceed Pseudonymously [Doc. 7] and state that they do not object to the relief sought in that motion.

**OFFICE OF GENERAL COUNSEL**
**CITY OF JACKSONVILLE**

***/s/ Sonya Harrell***
Sonya Harrell
Deputy General Counsel, Tort Dept.
Florida Bar No.: 42803
117 West Duval Street, Suite 480
Jacksonville, FL 32202
Telephone: (904) 255-5060
Facsimile: (904) 255-5120
SonyaH@coj.net; BOsburn@coj.net
*Lead Counsel for Defendants Waters and the City of Jacksonville*

**CERTIFICATION REGARDING ARTIFICIAL INTELLIGENCE**

The undersigned hereby certifies that no generative artificial intelligence was used in the drafting and preparation of this filing.

***/s/ Sonya Harrell***
Sonya Harrell
*Lead Counsel for Defendants Waters and the City of Jacksonville*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of October, 2026, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice to all counsel of record.

***/s/ Sonya Harrell***
Sonya Harrell
*Lead Counsel for Defendants Waters and the City of Jacksonville*